UNITED STATES DISTRICT COURT
SOUTHAND DISTRICT OF NEW YORK

Simon Marquez Maldonado, *et al.*,

    Plaintiffs,

—v—

Workhorse Restaurant Inc., *et al.*,

    Defendants.



DEC 0 5 2019

19-cv-3300 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Memo Endorsement dated October 28, 2019, the parties were to inform the Court of the mediation schedule within three days of that schedule being finalized, at which point the Court would consider staying the conditional certification briefing until after the parties mediated. If the parties wish to stay the conditional certification briefing until after the scheduled mediation, they shall submit a letter by December 6, 2019 requesting such a stay.

    SO ORDERED.

Dated: December 4, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge