UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Simon Marquez Maldonado, *et al.*,

Plaintiffs,

—v—

Workhorse Restaurant Inc., *et al.*,

Defendants.

19-cv-3300 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 31, 2020, the Court granted the parties a two-week extension to file their settlement agreement and joint letter. Dkt. No. 37. As of the date of this Order, the Court is not in receipt of the parties' submission. Accordingly, they shall submit these materials by March 13, 2020.

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge