UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON MARQUEZ MALDONADO,
*individually and on behalf of others similarly situated*,

                          *Plaintiff*,

v.

WORKHORSE RESTAURANT INC. (D/B/A REGIONAL), DARIO ARENELLA, PIETRO ARENELLA (A.K.A. PIERPAOLO), and JODY ARENELLA,

                          *Defendants*.

Index No. 1:19-CV-03300-AJN

**DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF**

      Pursuant to Federal Rules of Civil Procedure 68, Defendants Workhorse Restaurant Inc. (d/b/a Regional), Dario Arenella, Pietro Arenella (a.k.a. Pierpaolo), and Jody Arenella ("**Defendants**") make this offer of judgment in favor of Plaintiff Simon Marquez Maldonado, and against Defendants in the amount of Forty-Thousand, Two-Hundred Dollars and Zero Cents ($42,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint.

      This offer of judgment is made solely for the purposes intended by Federal Rules of Civil Procedure 68 and evidence of this offer is not admissible except in a proceeding to determine costs. Neither this offer, nor any judgment that may result from this offer, may be construed either as an admission (i) that Defendants are liable in this or any action; (ii) that any allegations of the Complaint are true; or (iii) that Plaintiff has suffered any damage, or is in any way entitled to recovery of any sums inclusive of costs and/or attorney's fees.

      The making of this offer is a withdrawal of all previous offers, formal or informal, made by Defendants, and this offer of Defendants shall remain open until timely accepted or withdrawn as provided by Federal Rules of Civil Procedure 68.

In the event this offer of judgment is not timely accepted and is deemed withdrawn by the Rules, then evidence of this offer is not admissible except in a proceeding to determine attorneys' fees, interest and costs.

In the event this offer of judgment is not accepted and the verdict or determination is favorable to Defendants, as defined by Federal Rule of Civil Procedure 68, then Defendants shall apply for costs, including reasonable attorneys' fees, as are compelled after the date of this offer of judgment by Plaintiff's non-acceptance of this offer of judgment, as allowed by Federal Rules of Civil Procedure 68.

Dated:    New York, New York
          February 28, 2020

DUANE MORRIS LLP

By: _____
Evangelos Michailidis
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
emichailidis@duanemorris.com

*Attorneys for Defendants*

TO:
MICHAEL FAILLACE & ASSOCIATES, P.C

Daniel Tannenbaum, Esq.
60 East 42nd Street, Suite, 4510
New York, New York 10165
(212) 317-1200
dtannenbaum@faillacelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Evangelos Michailidis, certify that on February ___, 2020, I caused true and correct copy of the foregoing Offer of Judgment to be served by email on the following counsel of record for Plaintiff:

>Daniel Tannenbaum, Esq.
>60 East 42nd Street, Suite, 4510
>New York, New York 10165
>(212) 317-1200
>dtannenbaum@faillacelaw.com
>
>*Attorneys for Plaintiff*

/s/ Evangelos Michailidis

3